**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORGE LOZANO VALLE, | No. 09-73606 |
| Petitioner, | |
| | Agency No. A075-648-885 |
| v. | |
| | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2011[**]

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Jorge Lozano Valle, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's order denying his motion to reopen based on ineffective

assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

abuse of discretion the denial of a motion to reopen, *Ghahremani v. Gonzales*, 498 F.3d 993, 997 (9th Cir. 2007), and we grant the petition for review.

The agency appears to adopt an incorrect legal standard, conflating events that warrant suspicion of former counsel's conduct with actual knowledge of former counsel's alleged errors. *See Singh v. Gonzales*, 491 F.3d 1090, 1096 (9th Cir. 2007) ("[S]uspicion of the deficient representation does not constitute definitive knowledge of the alleged fraud."). Accordingly, we grant the petition for review and remand to the agency. *See generally INS v. Ventura*, 537 U.S. 12, 16 (2002) (per curiam) ("[T]he proper course, except in rare circumstances, is to remand to the agency for additional investigation or explanation.") (citation omitted).

**PETITION FOR REVIEW GRANTED; REMANDED.**